IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY 18 AM 6:47

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| Francine Humes, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 01-02028 DA |
| | ) |
| A.C. Gilless, et al. | ) |
| | ) |
| Defendants. | ) |

ORDER
AMENDED RULE 16 (B) SCHEDULING ORDER

The parties have filed a Joint Motion to Amend the Rule 16 (B) Scheduling Order. After review of the Motion, the Court finds that this Motion is proper.

The Scheduling deadlines are amended as follows:

Completing all discovery: October 20, 2005

(a) Document Production – October 20, 2005

(b) Depositions, Interrogatories or Request for Admissions – October 20, 2005

(c) Expert Disclosure (Rule 26):

    i. Disclosure of Plaintiff's Rule 26 Expert Information – September 23, 2005

    ii. Disclosure of Defendant's Rule 26 Expert Information – October 20, 2005.

The deadline for the filing of Pre-Trial motions including any Motion for Summary Judgment is extended to November 29, 2005. In light of the foregoing amended deadlines, the

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 5-18-05



pre-trial date of October 17, 2005 and the trial date of Monday, November 7, 2005 are hereby continued to be reset by the Court.

IT IS SO ORDERED.

_____
Judge

_____
Date  May 17, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 174 in case 2:01-CV-02028 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Harris Frederick Powers
ALLEN SCRUGGS SOSSAMAN THOMPSON SIMPSON & LILLIE
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Mark A. Allen
PROVOST & UMPHREY, LLP
200 Jefferson Ave.
Ste. 250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT