IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 23  AM 6:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| FRANCINE HUMES, et al. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-2028 DA |
| | ) | |
| A.C. GILLESS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

On May 31, 2005, Defendant Harry C. Scott filed a motion for summary judgment. On June 2, 2005, the motion was modified and entered. Plaintiffs to date have not responded to Defendant's motion. Accordingly, Plaintiffs are hereby ordered to file a written response within twenty days of this order. Thereafter, Plaintiffs will be deemed to have waived their right to respond and the motion will be decided on the existing record.

**IT IS SO ORDERED** this _23_ day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8/23/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 180 in case 2:01-CV-02028 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Mark A. Allen
PROVOST UMPHREY- Memphis
White Station Tower
5050 Poplar Ave.
Ste. 700
Memphis, TN 38117

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Harris Frederick Powers
ALLEN SCRUGGS SOSSAMAN THOMPSON SIMPSON & LILLIE
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT