IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 20 PM 5: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FRANCINE HUMES, et al.,

Plaintiff,

vs.                                    No. 01-2028-D A

A.C. GILLESS, et al.,

Defendants.

## ORDER GRANTING JOINT MOTION OF PARTIES TO ADMINISTRATIVELY DISSOLVE THE CASE

The parties have jointly moved this Court to administratively dissolve this case while they attempt to reach resolution through mediation and informal discussions.

Counsel for the Plaintiffs and Shelby County have stated that mediation has been successful and tentative resolution has been reached with regard to two (2) Plaintiffs and that there are ongoing discussions involving numerous other Plaintiffs. Counsel for the Plaintiffs and Shelby County believe that they will be able to reach resolution on the majority, if not all, of the claims.

Counsel have further stated that the time constraints of the current scheduling Order, as well as the schedules of counsel and the parties, make it is difficult to proceed with the settlement discussions and meet the current deadlines, including preparation of expert reports.

Based on the good faith belief of counsel for the parties that they will resolve this matter if they are not constrained by the current scheduling Order, the motion is granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



This case shall be administratively dissolved. If the parties move the Court to reopen the case, a new Scheduling Order shall be entered.

IT IS SO ORDERED on this the 20th day of September, 2005.

*[signature]*

BERNICE BOUIE DONALD, Judge
United States District Court

## CERTIFICATE OF SERVICE

  I, Debra L. Fessenden, do hereby certify that a copy of the foregoing has been served upon Mr. Mark Allen, Attorney for Plaintiffs, 5050 Poplar Avenue, Suite 700, Memphis, Tennessee 38117, Ms. Jean E. Markowitz, Attorney at Law, 100 North Main Street, Suite 2400, Memphis, Tennessee 38103 and James M. Simpson, Attorney at Law, 80 Monroe Avenue, Suite 650, Memphis, Tennessee 38103 via U.S. First Class Mail, postage prepaid, on this the 2__ day of _____, 2005.

                                DEBRA L. FESSENDEN

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 182 in case 2:01-CV-02028 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Mark A. Allen
PROVOST UMPHREY- Memphis
White Station Tower
5050 Poplar Ave.
Ste. 700
Memphis, TN 38117

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Harris Frederick Powers
ALLEN SCRUGGS SOSSAMAN THOMPSON SIMPSON & LILLIE
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT